IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALAN BOYD CURTIS,

       Plaintiff,

vs.                              CASE NO.: 4:09-CV-76-SPM/WCS

UNITED STATES, et al.,

       Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to Waive Appeal Filing Fee As A Collateral Criminal Action (doc. 118). The Court is not aware of any relief that allows Plaintiff to waive filing fees upon the basis of which he filed his motion. If Plaintiff is unable to pay the filing fees for his appeal, he needs to file a motion pursuant to 28 U.S.C. § 1915.

Accordingly, it is hereby ORDERED and ADJUDGED: the Motion to Waive Appeal Filing Fee As A Collateral Criminal Action (doc. 118) is **denied**.

DONE AND ORDERED this 21st day of October, 2011.

                                              *S/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              Senior United States District Judge