IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALAN BOYD CURTIS,

    Plaintiff,

vs.                    CASE NO.: 4:09-CV-76-SPM/WCS

UNITED STATES, et al.,

    Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Plaintiff's Motion for a Written Opinion With Supporting Law (doc. 110) and Motion for Rehearing/Reconsideration Or Alternatively Motion To Alter Or Amend (doc. 116) the Court's Order (doc.101) adopting the Second Report and Recommendation (doc. 93). Upon consideration it is

**ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's Motion for a Written Opinion With Supporting Law is **denied**; and

2.     Plaintiff's Motion for Reconsideration (doc. 116) is **denied**.

3. As this case has been dismissed and an appeal is pending, all other pending motions are denied as moot.

DONE AND ORDERED this 24th day of October, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge