IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALAN BOYD CURTIS,

    Plaintiff,

vs.                              CASE NO.: 4:09-CV-76-SPM/WCS

UNITED STATES, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon a Notice of Inquiry (doc. 129) filed by Alan Boyd Curtis. This case is currently on appeal before the Eleventh Circuit which now maintains the filings related to this case. There has been no Notice of Appearance on behalf of Plaintiff filed with the District Court in this matter.

DONE AND ORDERED this 28th day of December, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge